UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLIN MONROE, ) | 1:06-cv-00490-OWW-SMS |
| ) | |
| Plaintiff, ) | ORDER DIRECTING PLAINTIFF TO FILE |
| ) | NO LATER THAN THIRTY DAYS AFTER |
| ) | THE DATE OF SERVICE OF THIS ORDER |
| v. ) | A COMPLETED IN FORMA PAUPERIS |
| ) | APPLICATION (DOC. 2) |
| CALIFORNIA HIGHWAY PATROL, ) | |
| at al., ) | ORDER DIRECTING THE CLERK TO SEND |
| ) | TO PLAINTIFF A BLANK APPLICATION |
| Defendants. ) | TO PROCEED IN FORMA PAUPERIS FOR |
| ) | ONE IN CUSTODY |

Plaintiff is a state prisoner who is proceeding pro se with an action for damages and other relief concerning alleged civil rights violations. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302 and 72-304.

Plaintiff's complaint was filed on April 24, 2006. Plaintiff filed an application to proceed in forma pauperis the same day, but the application was incomplete because the certificate was not completed or signed by an authorized officer, and the application was not accompanied by a certified, original prison trust account statement including the entire six-month period

1

immediately preceding the filing of the complaint as required by 28 U.S.C. § 1915(a)(2).

In accordance with the above, IT IS HEREBY ORDERED that within thirty days of the date of service of this order, Plaintiff shall submit a completed in forma pauperis application with a signed certification and an original certified copy of his prison trust account statement for the six-month period immediately preceding the filing of the complaint, or, in the alternative, pay the $350.00[1] filing fee for this action. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:   April 28, 2006**             /s/ Sandra M. Snyder
icido3                                  UNITED STATES MAGISTRATE JUDGE

---

[1] The filing fee for civil actions is $350.00. 28 U.S.C. § 1914, as amended effective April 8, 2006. Pub. L. 109-171, 120 Stat. 4, February 8, 2006.

2