UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLIN MONROE, | ) 1:06-cv-00490-OWW-SMS |
| | ) |
| Plaintiff, | ) ORDER RE: FINDINGS AND |
| | ) RECOMMENDATION TO DISMISS WITH |
| | ) PREJUDICE THE ACTION FOR |
| v. | ) PLAINTIFF'S FAILURE TO COMPLY |
| | ) WITH AN ORDER OF THE COURT TO |
| CALIFORNIA HIGHWAY PATROL, | ) FILE AN AMENDED COMPLAINT AND |
| at al., | ) FAILURE TO STATE A CLAIM UPON |
| | ) WHICH RELIEF MAY BE GRANTED |
| Defendants. | ) (DOCS. 6, 8) |
| | ) |

Plaintiff is or was a state prisoner[1] who is proceeding pro se and in forma pauperis with an action for damages and other relief concerning alleged civil rights violations. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302 and 72-304.

On August 9, 2006, the Magistrate Judge filed findings and a recommendation that the first amended complaint be dismissed with

---

[1] Plaintiff stated in his complaint that he expected to be released from prison on June 16, 2006. It does not appear that any notice of change of address has been filed by Plaintiff. Pursuant to Local Rule 83-182(f), absent a notice of change of address, service of documents at the prior address of a party or an attorney shall be fully effective. The findings and recommendation were served by mail at the address of Plaintiff as stated in the docket.

1

prejudice for Plaintiff's failure to state a claim. The findings and recommendation were served on all parties on August 9, 2006, and contained notice that any objections to the findings and recommendations were to be filed within thirty (30) days of the date of service of the order. No party filed any objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C) and <u>Britt v. Simi Valley United School Dist.</u>, 708 F.2d 452, 454 (9th Cir. 1983), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the findings and recommendation are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendation filed August 9, 2006, are ADOPTED IN FULL; and

2. The action IS DISMISSED with prejudice for failure to state a claim upon which relief may be granted; and

3. The Clerk of Court IS DIRECTED to close this action because this order terminates the action in its entirety. IT IS SO ORDERED.

Emm0d6**Dated:    September 23, 2006           /s/ Oliver W. Wanger**
                                          UNITED STATES DISTRICT JUDGE

2